UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM FIRE AND
CASUALTY COMPANY,

    Plaintiff,

Case No. 17-cv-10931
Hon. Matthew F. Leitman

v.

WOODWORTH WOODS CONDOMINIUM
ASSOCIATION, ADVANCED PROPERTY
MANAGEMENT, LLC, ABSOLUTE SERVICES
& ASSOCIATES, LLC, and ELIZABETH MARZETTE,

    Defendants.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(I)

Based upon the Plaintiff, State Farm Fire and Casualty Company's Notice of Dismissal without prejudice filed pursuant to Fed. R. Civ. P 41(a)(1)(A)(I), and the Court being advised in the premises, it is hereby ordered that Defendant, ABSOLUTE SERVICES & ASSOCIATES, LLC, only, is DISMISSED from the above-captioned litigation WITHOUT PREJUDICE.

**This is a not a Final Order and does not close the case.**

                                          /s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: June 22, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 22, 2017, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (313) 234-5113