UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM FIRE AND
CASUALTY COMPANY,   Case No. 17-cv-10931
   Hon. Matthew F. Leitman
    Plaintiff,

v.

ELIZABETH MARZETTE,

    Defendant.
_____/

## **DEFAULT JUDGMENT**

Defendant, Elizabeth Marzette, having failed to appear, plead or otherwise defend in this action, and default having been entered on May 16, 2017, and counsel for the Plaintiff, State Farm Fire and Casualty Company, having requested judgment against the defaulted Defendant, and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of State Farm, and against Elizabeth Marzette, as follows:

a. Elizabeth Marzette is precluded from challenging the findings of this Court as to whether State Farm has a duty to defend and/or indemnify Woodworth Woods Condominium Association, Advanced Property Management, LLC, and/or Absolute Services & Associates, LLC in the litigation she filed against those entities, which is currently pending in the Wayne County Circuit Court, under Case No. 16-012475.

**This is Not a Final Order and Does Not close the case.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 1, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 1, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764